## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

JOSEPH A. BADAGLIACCA,

    Petitioner,

vs.                                                                CASE NO. 1:09cv152-MMP/AK

WALTER MCNEIL,

    Respondent.

_____/

## O R D E R

This cause is before the Court on Respondent's first motion for extension of time to file a response to the habeas petition. Doc. 11. Having carefully considered the matter, the Court fines the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **October 21, 2009**. Petitioner may file a reply no later than **November 23, 2009**.

**DONE AND ORDERED** this  *9th*  day of October, 2009.

                                              *s/ A. KORNBLUM*
                                              **ALLAN KORNBLUM**
                                              **UNITED STATES MAGISTRATE JUDGE**