# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JOSEPH A. BADAGLIACCA,

    Petitioner,

vs.                              CASE NO. 1:09cv152-MMP/AK

WALTER MCNEIL,

    Respondent.
_____/

## O R D E R

This cause is before the Court on Respondent's second motion for extension of time to file a response to the habeas petition. Doc. 13. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **November 23, 2009**. **Respondent is cautioned that no further extensions of time will be granted.** Petitioner may file a reply no later than **December 23, 2009**.

**DONE AND ORDERED** this _**28**$^{th}$_ day of October, 2009.

                                                  *s/ A. KORNBLUM*
                                                  **ALLAN KORNBLUM**
                                                  **UNITED STATES MAGISTRATE JUDGE**