IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOSEPH A. BADAGLIACCA,

    Petitioner,

v.                                               CASE NO. 1:09-cv-152-MP-AK

WALTER A. McNEIL,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 17, Petitioner's motion for extension of time to file his reply to the Respondent's response. Having carefully considered the matter, the Court finds the motion is well taken and it is **GRANTED**. Petitioner shall file his reply no later than **February 23, 2010**.

**DONE AND ORDERED** this  *16th*  day of December, 2009.

                                          *s/ A. KORNBLUM*
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**